ELIZABETH CLARK et al., Appellants, *v.* JESSE DURLAND, Respondent.

*Clark* v. *Durland,* 104 App. Div. 615, affirmed.
(Argued January 21, 1907; decided February 19, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 1, 1905, affirming a judgment in favor of defendant entered upon a decision of the court on trial at Special Term in an action to restrain the defendant from trespassing on a certain lake, the title to a portion of which was put in issue by the answer.

*J. Newton Fiero, William Vanamee* and *F. H. Van Houten* for appellants.

*M. N. Kane* and *John J. Beattie* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: GRAY, EDWARD T. BARTLETT, HAIGHT, HISCOCK and CHASE, JJ. Taking no part: CULLEN, Ch. J., and WILLARD BARTLETT, J.